FILED

Timothy D. Thurman, State Bar No. 216048
TRINITY LAW ASSOCIATES, LLC.
3255 Wilshire Blvd., Suite 1403
Los Angeles, California 90010
Tel: (213) 928 7338; Fax: (213) 402 3262

Attorney for Plaintiff, HAE J YOO and
MICHAEL Y YOO

2009 MAR 12 PM 2: 46

CLERK U.S. DISTRICT COURT
CENTRAL DIST. O  CALIF.
LOS ANGELES

BY_____

# UNITED STATES DISTRICT COURT,
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAE J YOO and MICHAEL Y YOO, individuals, | CV09-1728DDP (EX) |
| Plaintiffs, | CASE NO.: |
| v. | COMPLAINT FOR: |
| WELLS FARGO BANK, N.A., a California Corporation; and DOES 1-10, inclusive, | 1. **VIOLATION OF TRUTH IN LENDING STATUTE, 15 U.S.C. § 1611** |
| Defendants. | 2. **VIOLATION OF REAL ESTATE SETTLEMENT PROCEDURES ACT (RESPA), 26.U.S.C. § 2605** |
| | 3. **VIOLATION OF THE HOME OWNERSHIP AND EQUITY PROTECTION ACT (HOEPA), 15 U.S.C. § 1602** |
| | 4. **VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT (FDCPA), 15 U.S.C. § 1692** |
| | 5. **BRECH OF FIDUCIARY DUTY** |
| | 6. **BREACH OF COVENANT OF GOOD FAITH AND** |

1

)     **FAIR DEALING**
)     **7. UNFAIR BUSINESS**
)        **PRACTICES**
)     **8. INJUNCTIVE RELIEF**
)     **9. DECLARATORY RELIEF**
)

**COMES NOW** Plaintiffs, HAE J YOO and MICHAEL Y YOO, and herein complain and allege as follows:

## JURISDICTION

1.     Jurisdiction within this court is predicated upon various Federal questions arising under the United States Code including but not limited to *15 USCA § 1640* et seq., commonly know as the Truth in Lending Act (TILA); *12 USCA §2605,* the Real Estate Settlement Procedures Act (RESPA); and *15 USCA § 1602* et seq., commonly known as the Homeowners Equity Protection Act; as well as *15 USCA §1692,* commonly know as the Fair Debt Collection Practices Act.

2.     Plaintiffs further plead jurisdiction pursuant to the doctrine of *pendente* jurisdiction as to various related State law causes of action.

## VENUE

3.     Plaintiffs plead venue within this district. They are residents within said district, and as the Defendants, and each of them, has or is doing business within the district, and further, as the *pendente* causes of action pursuant to California law concerns real property within the County of Los Angeles.

**TRINITY LAW ASSOCIATES**
3255 Wilshire Blvd, Suite 1403
Los Angeles, California 90010
Tel: (213) 928 7338: Fax: (213) 402 3262: thurmanlaw@email.com

2

**PARTIES**

4.     Plaintiffs HAE J YOO and MICHAEL Y YOO are individuals and a married couple, and at all times relevant hereto were residents in the city of Santa Clarita, County of Los Angeles of California.

5.     Defendant WELLS FARGO BANK, N.A. [herein referred to as "WELLS FARGO"] is a California Corporation. It is in the business, at relevant hereto, doing business as a financial institution providing mortgages on real property.

6.     Plaintiffs respectfully request of the Court leave to add new or further Defendants by leave of Court when and if such shall become known.

**COMMON ALLEGATIONS**

7.     On or about April 7, 2005, Plaintiffs HAE J YOO and MICHAEL Y YOO purchased certain real property commonly known as 28909 Mirada Circulo, Santa Clarita, County of Los Angeles, State of California. Said property bears the Assessors Parcel Number (APN) 3244-159-090, and is more fully described in the grant deed and legal description as follows:

> **A Condominium Comprised of:**
> **Parcel 1:**
> An undivided 1/14th internet in and to the common area "CA-8,"
> as shown on the condominium plan recorded October 29, 2004 as
> instrument No. 04-2800275, of official records of Los Angeles
> County, State of California, affecting a portion of Lot 3 of Tract

TRINITY LAW ASSOCIATES
3255 Wilshire Blvd., Suite 1403
Los Angeles, California 90010
Tel: (213) 928 7338: Fax: (213) 402 3262: thurmanlaw@email.com

TRINITY LAW ASSOCIATES
3255 Wilshire Blvd., Suite 1403
Los Angeles, California 90010
Tel: (213) 928 7338: Fax: (213) 402 3262: thurmanlaw@gmail.com

No. 51644-02 as shown on the map recorded in book 1276, pages 1 through 10, inclusive of maps, records of Los Angeles County, State of California.

**Parcel 2:**

Unit 5 as shown upon the condominium plan referred to in Parcel 1 above.

Reserving therefrom an exclusive five foot (5') sideyard easement, which sideyard easement is described in the declaration recorded October 29, 2004 as instrument No. 04-2800277 of official records and depicted on exhibit attached thereto. In the event the unit benefiting from said easement has been conveyed then this conveyance shall be subject to said easement.

Further reserving therefrom, the right to enter the property for a term of twelve (12) months following the recordation date of the grant deed, to complete and repair any improvements or landscaping located thereon as determined necessary to grantor, in its sole discretion, in order to comply with requirements for the recordation of the final tract map, the grading of said tract and/or in compliance with the requirements of applicable governmental agencies. Such entry by grantor shall be preceded by reasonable notice to grantee before such entry. If this reservation of right of entry is not complied with by grantee, grantor may enforce this right of entry in a court of law. Grantee shall be responsible for all damages arising out of said breach including attorney's fees and court costs. This reservation of right of entry shall automatically expire twelve (12) months from the recordation of this grant deed.

**PLAINTIFFS' COMPLAINT FOR DAMAGES**

TRINITY LAW ASSOCIATES
3255 Wilshire Blvd., Suite 1403
Los Angeles, California 90010
Tel: (213) 928 7338: Fax: (213) 402 3262: thurmanlaw@email.com

Except therefrom 25 percent of all oil and mineral rights reserved in the deed from Harry Carey and Olive Carey, Husband and Wife, recorded April 18, 1945 as instrument No. 1080 in Book 21887, page 152, official records, in the office of the county recorder of said county.

Also except therefrom any and all oil, oil rights, minerals, mineral rights, natural gas rights and other hydrocarbons by what so over name known, geothermal steam, any other material resources and all products derived from any of the foregoing, that may be within or under the land, together with the perpetual right of drilling, mining, exploring and operating therefore and storing in and removing the same from the land or any other land, including the right to whipstock or directionally drill and mine from lands other than those conveyed hereby, oil or gas wells, tunnels and shafts under and beneath or beyond the exterior limits thereof, and to redrill, retunnel, equip, maintain, repair, deepen, and operate any such wells or mines; without, however, the right to drill, mine, store, explore and operate through the surface of the upper 500 fee of the subsurface of the land, as reserved by Montalvo Properites, LLC, a California Limited Liability Company in deed recorded September 15, 200 as instrument No. 1451710, of official records.

**Parcel 3:**

An exclusive five foot (5') sideyard easement, which sideyard easement is shown and described in the declaration recorded October 29, 2004 as instrument No. 04-2800277 of official records and depicted on an exhibit thereto. This sideyard is appurtenant to parcels 1 and 2 above.

TRINITY LAW ASSOCIATES
3255 Wilshire Blvd., Suite 1403
Los Angeles, California 90010
Tel: (213) 928 7338: Fax: (213) 402 3262: thurmanlaw@email.com

**Parcel 4:**

A nonexclusive easement on and over the master declaration and the association property as defined in the declaration recorded May 29, 2003, as instrument No. 03-1519803 of official records, for access use, ingress and egress to the amenities located thereon, subject to the terms and provisions of the master declaration and declaration, respectively, as described herein below. This easement is appurtenant to Parcels 1 and 2 above.

**Parcel 5:**

Nonexclusive easements of access, ingress and egress for use, maintenance, repair, replacement, drainage, encroachment, support and for other purposes, for the benefit of the grantee as set forth in the master declaration recorded May 29, 2003, as instrument No. 03-1519803 of official records. This easement is appurtenant to parcels 1 and 2 above.

**Parcel 6:**

Nonexclusive easements of access, ingress for use, maintenance, repair, replacement, drainage, encroachment, support and for other purposes, for the benefit of grantee as set forth in the declaration October 29, 2004 as instrument No. 04-2800277 of official records. This easement is appurtenant to parcels 1 and 2 above. Reserving unto grantor, together with the right to grant and transfer all or a portion of same except as granted hereby, easement and rights as reserved to grantor, as declarant and owner, in the declaration October 29, 2004 as instrument No. 04-2800277 of official records.

**PLAINTIFFS' COMPLAINT FOR DAMAGES**

TRINITY LAW ASSOCIATES
3255 Wilshire Blvd, Suite 1403
Los Angeles, California 90010
Tel: (213) 928 7338; Fax: (213) 402 3262: thurmanlaw@email.com

Further reserving unto grantor, together with the right to grant and transfer all or a portion of same, except as granted hereby, easements and rights as reserved to grantor, as merchant builder and owner, in the master declaration recorded May 29, 2003, as instrument No. 03-1519803 of official records.

8.    The Plaintiffs financed the purchase of the property with a loan through Defendant WELLS FARGO by means of an Adjustable Rate Interest Only Note appended hereto and incorporated as (Exhibit A).

9.    Defendant WELLS FARGO was the mortgage broker who arranged the mortgage between the Plaintiffs and Defendant.

10.    The Adjustable Rate Interest Only Note was based upon the LIBOR one-year adjustable rate.

11.    Plaintiffs allege that Defendants, and each of them, neither explained the workings of the entire rate, how it is computed, nor its inherent volatility.

12.    Further, on information and belief, Plaintiffs allege that the Defendants charged and obtained improper fees for the placement of their loan as "sub-prime" when they would have qualified for a prime rate mortgage which would have generated less in fees and interest for the Plaintiffs.

13.    The loan was thereafter secured by a deed of trust to Defendant WELLS FARGO as a beneficiary (Exhibit B).

**PLAINTIFFS' COMPLAINT FOR DAMAGES**

TRINITY LAW ASSOCIATES
3255 Wilshire Blvd., Suite 1403
Los Angeles, California 90010
Tel: (213) 928 7338: Fax: (213) 402 3262: thurmanlaw@email.com

14.    On information and belief and by means unknown, that debt was thereafter securitized and fractionalized and converted into securities traded across duly authorized public markets.

15.    Defendant WELLS FARGO provides services in various forms to be determined to others which were of such a nature as to render it a "Servicer" within the definition found within *26 USCA § 2605.*

16.    Plaintiff YOO is, as they informed all of those involved in this mortgage, certified public accountant and as a result of the national economic slowdown, the Plaintiff experienced cash flow problems.

17.    Plaintiffs diligently sought to refinance the property, not only with WELLS FARGO, but with other lenders.  Plaintiffs are informed and believe, and thereupon allege that despite being qualified, WELLS FARGO and other lenders refused to refinance the mortgage.  Plaintiffs are informed and believe, and thereupon allege that a major reason for the banks refusal to refinance them is because of their national origin.

## FIRST CAUSE OF ACTION

## VIOLATION OF *15 USCA 1611* ET SEQ.

## (ALL DEFENDANTS )

18.    Plaintiffs repeat and reallege each and every allegation contained in the above paragraphs inclusive and incorporates same as though set forth at length.

TRINITY LAW ASSOCIATES
3255 Wilshire Blvd., Suite 1403
Los Angeles, California 90010
Tel: (213) 928 7338: Fax: (213) 402 3262: thurmanlaw@gmail.com

19.    On information and belief, Plaintiffs allege that the Defendants, and each of them, are directly or though agents or employees, entities or persons, actively involved in the extension of credit, as said term is defined under the Truth in Lending Statute (TILA).

20.    On information and belief, Plaintiffs allege that Defendants, and each of them, being subject to the requirements of the Truth in Lending Act have violated the requirements of the said act in that among other things:

a.    They have refused and continued to refuse to validate and otherwise make a full accounting and required disclosures as to the true finance charges and fees;

b.    They have improperly retained funds belonging to Plaintiff in amounts to be determined;

c.    They have failed to disclose the status of the ownership of said loans; and

d.    They have failed to disclose the actual loan percentage paid by the Plaintiff for the loan, and failed to adequately disclose why there is a difference between the interest rate shown on the Promissory Note and the annual percentage rate shown on the Truth In Lending Act Disclosure Statement.

TRINITY LAW ASSOCIATES
3255 Wilshire Blvd., Suite 1403
Los Angeles, California 90010
Tel: (213) 928 7338: Fax: (213) 402 3262: thurmanlaw@gmail.com

21.    Plaintiffs further allege that these violations are such as to require rescission and or cancellation of the loan herein, and return of all funds received by Defendants from Plaintiffs, and a return of possession of the property.

22.    Plaintiffs further allege that they are entitled to compensatory damages and an amount to be determined at trial, but which exceeds $500,000.

23.    Plaintiffs further allege that they are also entitled to attorneys' fees according to statute.

24.    On information and belief Plaintiffs allege that the Defendants acted in violation of the act, willfully, maliciously, oppressively and fraudulently and in conscious disregard for the rights of Plaintiffs and, as such, Plaintiffs are entitled to punitive damages.

## SECOND CAUSE

## VIOLATION OF *26 USCA 2605* ET SEQ.

## (ALL DEFENDANTS)

25.    Plaintiffs repeat and reallege each and every allegation contained in the above paragraphs inclusive and incorporates same as though set forth at length.

26.    On information and belief, Plaintiffs allege that Defendants, and each of them, are such as to fall within the requirements of the Real Estate Settlement Procedures Act (RESPA).

**PLAINTIFFS' COMPLAINT FOR DAMAGES**

27. On information and belief, Plaintiffs allege that the Defendants, and each of them, placed loans for the purpose of unlawfully increasing and otherwise obtaining yield spread fees and amounts in excess of what would have been lawfully earned.

28. On information and belief, Plaintiffs further allege that in addition to the requirements of RESPA, Defendant WELLS FARGO acted either individually or jointly as "Servicers as that term is used within the act and either individually or jointly violated the requirements of *26 USCA § 2605* (b) in that the servicing contract or duties thereunder were transferred or hypothecated with out required notice.

29. Plaintiffs further allege that these violations are such as to require rescission and/or cancellation of the loan herein on and return of all funds received by Defendants from Plaintiffs.

30. Plaintiffs further allege that they are entitled to compensatory damages at an amount to be determined at trial.

31. Plaintiffs further allege that they are also entitled to attorney fees according to statute.

///

///

///

///

TRINITY LAW ASSOCIATES
3255 Wilshire Blvd., Suite 1403
Los Angeles, California 90010
Tel: (213) 928 7338: Fax: (213) 402 3262: thurmanlaw@email.com

11

**PLAINTIFFS' COMPLAINT FOR DAMAGES**

TRINITY LAW ASSOCIATES
3255 Wilshire Blvd., Suite 1403
Los Angeles, California 90010
Tel: (213) 928 7338; Fax: (213) 402 3262: thurmanlaw@gmail.com

### THIRD CAUSE OF ACTION

### VIOLATION OF *15 USCA 1602* et seq.

### (ALL DEFENDANTS)

32.    Plaintiffs repeat and reallege each and every allegation contained in the above paragraphs inclusive and incorporates same as though set forth at length.

33.    On information and belief, Plaintiffs allege that the mortgage obtained by them through Defendant WELLS FARGO falls within the purview 1602 et sec., commonly known as the Home Ownership and Equity Protection Act of 1994.

34.    On information and belief, Plaintiffs further allege that the loan was placed in violation of the above act in that it was placed and administered and otherwise utilized without regard to Plaintiffs' income or cash flow and with the intention of inducing default.

35.    As a direct and legal consequence of the above conduct, Plaintiffs have been damaged in amounts according to proof at time of trial, but which exceed $500,000.

### FOURTH CAUSE OF ACTION

### VIOLATION OF *15 USCA § 1692* and CALIFORNIA CIVIL CODE § 1788

### (DEFENDANT WELLS FARGO)

36.    Plaintiffs repeat and reallege each and every allegation contained in the above paragraphs inclusive and incorporates same as though set forth at length.

12

TRINITY LAW ASSOCIATES
3255 Wilshire Blvd., Suite 1403
Los Angeles, California 90010
Tel: (213) 928 7338: Fax: (213) 402 3262: thurmanlaw@gmail.com

37.     On information and belief, Plaintiffs allege that the Defendants WELLS FARGO is a  "debt collector" either directly or through agents as that term is used in both the United State Code and the California Civil Code at § 1788 et seq.

38.     Plaintiffs allege that they duly and properly on more than one occasion requested validation of the "debt" herein under both codes.

39.     The Plaintiffs further alleges that Defendants did not respond to their demands in such a way as to meet the requirements of the act.

40.     The Plaintiffs allege that as such he is entitled to statutory damages under both acts.

## FIFTH CAUSE OF ACTION

## BREACH OF FIDUCIARY DUTY

## (ALL DEFENDANTS)

41.     Plaintiffs repeat and reallege each and every allegation contained in paragraphs above inclusive and incorporates same as though set forth at length.

42.     At all times relevant hereto, Defendants created, accepted and acted in a fiduciary relationship of great trust and acted for and were the processors of property for the benefit of the Plaintiffs.

43.     Defendants further placed themselves in a position of great trust by virtue of expertise represented by and through its employees.

13

**TRINITY LAW ASSOCIATES**
3255 Wilshire Blvd., Suite 1403
Los Angeles, California 90010
Tel: (213) 928 7338: Fax: (213) 402 3262: thurmanlaw@email.com

44.     On information and belief, Plaintiffs allege that Defendants breached their fiduciary duties owed to the Plaintiffs. They have acted and continue to act for their own benefit and to the detriment of Plaintiffs.

45.     Among other things, they have placed and negotiated loans without due care to the best interest of Plaintiffs or for the protection of their rights thereunder.

46.     As a direct and legal result of said breaches of fiduciary duty, Plaintiffs have suffered economic damage and loss of funds and payment of fees improperly incurred in an amount according to proof at time of trial.

47.     Defendants acted willfully and maliciously oppressively and fraudulently and in conscious disregard of the rights of Plaintiffs, and as such Plaintiffs are entitled to punitive damages.

## SIXTH CAUSE OF ACTION

## BREACH OF COVENANT OF GOOD FAITH AND FAIR DEALING

## (ALL DEFENDANTS)

48.     Plaintiffs repeat and reallege each and every allegation contained in the paragraphs above inclusive and incorporate same as though set forth at length.

49.     On information and belief Plaintiffs allege that at all times mentioned herein there existed between Plaintiffs and Defendants, and each of them, either a direct or implied contractual covenant of good faith and fair dealing requiring Defendants and each of them to safeguard protect or otherwise care for the assets

TRINITY LAW ASSOCIATES
3255 Wilshire Blvd., Suite 1403
Los Angeles, California 90010
Tel: (213) 928 7338: Fax: (213) 402 3262: thurmanlaw@gmail.com

1  and/or rights of the Plaintiffs. Said covenant prohibited them from activities

2  interfering with or contrary to the rights of the Plaintiffs.

3

4       50.    As a direct and legal result of said acts by Defendants and each of them

5  Plaintiff alleges that he has been damaged legally and proximately in amounts

6  according to proof at time of trial.

7

8

9  **SEVENTH CAUSE OF ACTION**

10  **DECLARATORY RELIEF**

11  **(ALL DEFENDANTS)**

12

13       51.    Plaintiffs repeat and reallege each and every allegation contained in the

14  paragraphs above inclusive and incorporate same as though set forth at length.

15

16       52.    Pursuant to *28 USCA 2201* et seq., a dispute has arisen between and

17  among the Plaintiffs and the Defendants herein, and each of them, as to the duties

18  and obligations of the respective parties with regard to the loan.

19

20       53.    These disputes concern but are not necessarily limited to the ownership

21  and/or right of foreclosure.

22

23       54.    As these questions concern issues with regard to Plaintiffs' home, they

24  are thus required to seek this relief.

25       55.    Plaintiffs further allege that a declaration of rights and duties of the

26  parties herein by the court is essential to determine the actual status and validity of

27  the loan and any rights duties and/or obligations as to the enforcement of it.

28

**PLAINTIFFS' COMPLAINT FOR DAMAGES**

TRINITY LAW ASSOCIATES
3255 Wilshire Blvd., Suite 1403
Los Angeles, California 90010
Tel: (213) 928 7338: Fax: (213) 402 3262: thurmanlaw@email.com

# EIGHT CAUSE OF ACTION

# DECLARATORY RELIEF

# (ALL DEFENDANTS)

56.    Plaintiffs repeat and reallege each and every allegation contained in the paragraphs above inclusive and incorporate same as though set forth at length.

57.    Pursuant to *28 USCA 2201* et seq., a dispute has arisen between and among the Plaintiffs and the Defendants herein, and each of them, as to the duties and obligations of the respective parties with regard to the loan.

58.    These disputes concern but are not necessarily limited to the ownership and/or right of the home ownership and financing in regard to it.

59.    As these questions concern issues with regard to Plaintiffs' home, they are thus required to seek this relief.

60.    Plaintiffs further allege that a declaration of rights and duties of the parties herein by the court is essential to determine the actual status and validity of the loan and any rights duties and/or obligations as to the enforcement of it.

61.    As a direct, foreseeable, and proximate result of said wrongful acts by Defendants, Plaintiffs suffered and will continue to suffer humiliation, shame, despair, embarrassment, depression, and mental pain and anguish, all to Plaintiffs' damage in an amount to be proven at time of trial.

TRINITY LAW ASSOCIATES
3255 Wilshire Blvd., Suite 1403
Los Angeles, California 90010
Tel: (213) 928 7338: Fax: (213) 402 3262: thurmanlaw@gmail.com

62.    As a further direct, foreseeable, and proximate result of said wrongful acts by Defendants, Plaintiffs have incurred attorneys' fees in an amount to be determined, for which Plaintiffs claim a sum to be established according to proof.

63.    The conduct of Defendant and their agents and employees as described herein was oppressive, fraudulent and malicious, done in conscious disregard of Plaintiffs' rights, and done by managerial employees of Defendants. Plaintiffs are thereby entitled to an award of punitive damages against Defendants, in an amount appropriate to punish and make an example of defendants, and in an amount to conform to proof.

### NINTH CAUSE OF ACTION

### VIOLATION OF 42 USC § 1983

### (ALL DEFENDANTS)

64.    Plaintiffs repeat and reallege each and every allegation contained in the paragraphs above inclusive and incorporate same as though set forth at length.

65.    This cause of action is brought pursuant to 42 U.S.C. § 1983, which provides that every person who subjects any citizen of the United States to a deprivation of their rights is subject to penalty.

66.    Plaintiffs were improperly and illegally treated by Defendants, and each of them, because when it came time to refinance the loan, Defendants refused

**PLAINTIFFS' COMPLAINT FOR DAMAGES**

TRINITY LAW ASSOCIATES
3255 Wilshire Blvd., Suite 1403
Los Angeles, California 90010
Tel: (213) 928 7338: Fax: (213) 402 3262: thurmanlaw@gmail.com

to refinance the Plaintiffs, despite the fact that Defendants refinanced many other customers, and despite the fact that Plaintiffs more than qualified for refinancing.

67.    Plaintiffs seek full compensation for the discriminatory acts they suffered.

68.    Plaintiffs seek an injunction to prohibit Defendants from engaging in the unfair business practices complained of herein.

69.    The acts complained of herein occurred, at least in part, within the last year preceding the filing of the complaint in this action.

70.    As a direct, foreseeable, and proximate result of said wrongful acts by Defendants, Plaintiffs suffered and will continue to suffer humiliation, shame, despair, embarrassment, depression, and mental pain and anguish, all to Plaintiffs' damage in an amount to be proven at time of trial.

71.    As a further direct, foreseeable, and proximate result of said wrongful acts by Defendants, Plaintiffs have incurred attorneys fees in an amount to be determined, for which Plaintiff claims a sum to be established according to proof.

72.    The conduct of Defendants and their agents and employees as described herein was oppressive, fraudulent and malicious, done in conscious disregard of Plaintiffs' rights, and done by managerial employees of Defendants. Plaintiffs are thereby entitled to an award of punitive damages against Defendant, in an amount appropriate to punish and make an example of defendants, and in an amount to conform to proof.

TRINITY LAW ASSOCIATES
3255 Wilshire Blvd., Suite 1403
Los Angeles, California 90010
Tel: (213) 928 7338: Fax: (213) 402 3262: thurmanlaw@gmail.com

## TENTH CAUSE OF ACTION

## VIOLATION OF <u>42 USC § 2000D</u>,

## (ALL DEFENDANTS)

73.     Plaintiffs re-allege and incorporate by reference the above paragraphs as though fully set forth herein.

74.     This cause of action is brought pursuant to <u>42 U.S.C. 2000d</u>, which provides that "no person in the United States shall, on the ground of race, color, or national origin, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving federal financial assistance."

75.     Plaintiffs are informed and believe and based thereon allege that at all times herein mentioned Defendants have engaged in practices that are unlawful under <u>42 U.S.C. 2000d</u>, including but not limited to denying Plaintiffs refinancing when they know that the Plaintiffs need it and when the Plaintiffs qualify.

76.     Plaintiffs seek full compensation for the discriminatory acts they suffered.

77.     Plaintiffs seek an injunction to prohibit Defendants from engaging in the unfair business practices complained of herein.

78.     The acts complained of herein occurred, at least in part, within the last year preceding the filing of the complaint in this action.

TRINITY LAW ASSOCIATES
3255 Wilshire Blvd., Suite 1403
Los Angeles, California 90010
Tel: (213) 928 7338: Fax: (213) 402 3262: thurmanlaw@email.com

79.    As a direct, foreseeable, and proximate result of said wrongful acts by Defendants, Plaintiffs suffered and will continue to suffer humiliation, shame, despair, embarrassment, depression, and mental pain and anguish, all to Plaintiffs' damage in an amount to be proven at time of trial.

80.    As a further direct, foreseeable, and proximate result of said wrongful acts by Defendants, Plaintiffs have incurred attorneys' fees in an amount to be determined, for which Plaintiff claims a sum to be established according to proof.

81.    The conduct of defendants and their agents and employees as described herein was oppressive, fraudulent and malicious, done in conscious disregard of Plaintiffs' rights, and done by managerial employees of Defendants. Plaintiffs are thereby entitled to an award of punitive damages against Defendant, in an amount appropriate to punish and make an example of defendants, and in an amount to conform to proof.

## ELEVENTH CAUSE OF ACTION

## QUIET TITLE

## (ALL DEFENDANTS KNOWN OR UNKNOWN AND CLAIMING ANY INTEREST IN THE PROPERTY)

82.    Plaintiffs repeat and reallege each and every allegation contained in the paragraphs above inclusive and incorporate same as though set forth at length.

**PLAINTIFFS' COMPLAINT FOR DAMAGES**

TRINITY LAW ASSOCIATES
3255 Wilshire Blvd, Suite 1403
Los Angeles, California 90010
Tel: (213) 928 7338; Fax: (213) 402 3262; thurmanlaw@email.com

83.    Plaintiffs are the owners in fee of certain real property commonly known as 28909 Mirada Circulo, Santa Clarita, County of Los Angeles, State of California and more fully described in the grant deed and legal description appended hereto as (Exhibit A) and incorporated by reference.

84.    Plaintiffs obtained simple title to the above described real property by Grant Deed dated and/or recorded in the office of the Recorder of the County of Los Angeles.

85.    Defendants claim an interest or estate in Plaintiffs' above described property, disputing or denying Plaintiffs right to ownership and by contending that ownership is or will rest in them by means of a trustee's sale.

86.    Plaintiffs allege that Defendants have no such right of title or estate in said property in that sale proposed will be fraudulent or otherwise illegal and transfer no right to Defendants.

87.    Defendants have wrongfully interfered with or threatens to interfere with Plaintiffs' use and enjoyment of the above described property in that they have dispossessed them.

88.    Defendants' dispossession of the Plaintiffs has caused grave and irreparable injury to Plaintiffs in that they have been deprived of the use and enjoyment of unique property.

89.    Plaintiffs have no adequate remedy at law for the threatened and continuing conduct in that they do not have a home and potentially will lose all they

**PLAINTIFFS' COMPLAINT FOR DAMAGES**

TRINITY LAW ASSOCIATES
3255 Wilshire Blvd., Suite 1403
Los Angeles, California 90010
Tel: (213) 928 7338: Fax: (213) 402 3262: thurmanlaw@email.com

have put into said home. Said loss is not one which can be compensated by mere payment of damages.

90.    Plaintiffs further allege that the conduct herein is of such a character as to give them title to the above described property in fee.

## TWELFTH CAUSE OF ACTION

## DECLARATORY RELIEF

## (ALL DEFENDANTS)

91.    Plaintiffs repeat and reallege each and every allegation contained in the paragraphs above inclusive and incorporate same as though set forth at length.

92.    Pursuant to *28 USCA 2201* et seq., a dispute has arisen between and among the Plaintiffs and the Defendants herein, and each of them, as to the duties and obligations of the respective parties with regard to the loan and/or foreclosure.

93.    These disputes concern but are not necessarily limited to the ownership and/or right of loan financing.

94.    As these questions concern issues with regard to Plaintiffs' home, they are thus required to seek this relief.

95.    Plaintiffs further allege that a declaration of rights and duties of the parties herein by the court is essential to determine the actual status and validity of the loan and any rights duties and/or obligations as to the enforcement of it.

## PRAYER

**WHEREFORE** Plaintiffs pray damages and other relief as follows:

1.    Compensatory damages according to proof;

2.    A judicial declaration of the rights duties and obligations of the parties hereto;

3.    Statutory damages;

4.    Punitive damages;

5.    Injunctive relief including the immediate issuance of a temporary restraining order and thereafter a preliminary injunction to maintain the status quo pending adjudication;

6.    Attorneys' fees according to statute;

7.    Costs of this suit; and

8.    Such other and further relief as this court shall deem fair equitable and just.

DATED:    March 12, 2009            TRINITY LAW ASSOCIATES, LLC


By: _____
    Timothy D. Thurman
    Attorneys for Plaintiffs,
    HAE J YOO and MICHAEL YOO

TRINITY LAW ASSOCIATES
3255 Wilshire Blvd., Suite 1403
Los Angeles, California 90010
Tel: (213) 928 7338: Fax: (213) 402 3262: thurmanlaw@email.com

**PLAINTIFFS' COMPLAINT FOR DAMAGES**