O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAE J YOO and MICHAEL Y YOO, individuals, <br><br> Plaintiff, <br><br> v. <br><br> WELLS FARGO BANK, N.A., a California corporation, <br><br> Defendant. | Case No. CV 09-01728 DDP (Ex) <br><br> **ORDER GRANTING DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS** <br><br> [Motion filed on September 8, 2009] |

    This matter comes before the Court on Defendant's Motion for Judgment on the Pleadings. Because Plaintiffs have neither filed an Opposition nor a Notice of Non-Opposition to this Motion, the Court grants the motion.

    Plaintiffs Hae J. Yoo and Michael Y. Yoo filed this suit against Defendant Wells Fargo Bank, N.A., on March 12, 2009. The Complaint alleges twelve causes of action relating to Plaintiffs' mortgage and Defendant's attempt to foreclose on Plaintiffs' home. Following several stipulations for extensions of time to file an answer, Defendant filed its Answer on June 17, 2009. On September 8, 2009, Defendant filed this Motion for Judgment on the Pleadings.

   Central District of California Local Rule 7-9 requires an opposing party to file an opposition or a statement of non-opposition to any motion at least fourteen (14) days prior to the date designated for the hearing of the motion. C.D. CAL. L.R. 7-9. Additionally, Local Rule 7-12 provides that "[t]he failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." C.D. CAL. L.R. 7-12.

   The hearing on these Motions was scheduled for October 19, 2009. Plaintiffs' Opposition or Statement of Non-Opposition was therefore due by October 5, 2009. As of the date of this Order, Plaintiffs have not filed any response to Defendant's motion, nor any other papers that could be construed as a request for an extension of time to file or a request to move the hearing date. The Court deems Plaintiffs' failure to oppose the motion consent to granting the motion and therefore grants Defendant's motion for judgment on the pleadings as to all twelve causes of action.
IT IS SO ORDERED.


Dated: October 7, 2009

                                        _____
                                        DEAN D. PREGERSON
                                        United States District Judge