| | |
|---|---|
| 1 | Jeffrey S. Gerardo #146508 |
| | Steven M. Dailey #163857 |
| 2 | Kutak Rock LLP |
| | 18201 Von Karman Avenue, Suite 1100 |
| 3 | Irvine, CA  92612-1077 |
| | Telephone:  (949) 417-0999 |
| 4 | Facsimile:   (949) 417-5394     **CLOSED** |
| | Email:    jeffrey.gerardo@kutakrock.com |
| 5 | Email:    steven.dailey@kutakrock.com |

Attorneys for Defendant
WELLS FARGO HOME MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAE J. YOO and MICHAEL Y. YOO, individuals<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., a California Corporation; and DOES 1 through 10, inclusive.<br><br>Defendant. | Case No.  CV 09-01728 DDP (Ex)<br><br>Assigned for all purposes to:<br>Honorable Dean D. Pregerson,<br>Ctrm.: 3 - 2nd Floor<br><br>Referred to:<br>Honorable Charles F. Eick,<br>Ctrm.: 20, 3rd Floor<br><br>**JUDGMENT**<br><br>Complaint Filed: March 12, 2009 |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the unopposed Motion of Defendant WELLS FARGO HOME MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A. ("Wells Fargo") for Judgment on the Pleadings having been granted by the Honorable Dean D. Pregerson on October 7, 2009 as to each and every cause of action contained within the subject Complaint:

///

///

///

4818-9668-4292.1
14617-112

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

- 1 -

[PROPOSED] JUDGMENT

1   IT IS HEREBY ORDERED

2   That a judgment of dismissal with prejudice be entered in favor of Defendant WELLS FARGO HOME MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A. and against Plaintiffs HAE J. YOO and MICHAEL Y. YOO;

6   IT IS SO ORDERED.

8   Dated: October 14, 2009

_____
HONORABLE DEAN D. PREGERSON

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4818-9668-4292.1
14617-112

- 2 -

[PROPOSED] JUDGMENT